Anna J. Mull, Appellant, v. Edson W. Masten and Others, Impleaded with Frank Mull and Others, Respondents.— Judgment affirmed, with costs, upon

opinion of Cochrane, J., at Special Term. (Reported in 50 Misc. Rep 382.) All concurred. Cochrane, J., not sitting.

Hallie Moores, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion.